David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Cassandra A. Castro (SBN 334238)
ccastro@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff and the Class.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTONE FELTZS, on behalf of himself and all others similarly situated<br><br>PLAINTIFF,<br><br>V.<br><br>COX COMMUNICATIONS CAL., LLC, a Delaware Limited Liability Company; COX COMMUNICATIONS, INC. a Delaware Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No.: 8:19-cv-02002-JVS-JDE<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        October 25, 2021<br>Time:        1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: July 26, 2019<br>Removed: October 21, 2019 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

<u>PLEASE TAKE NOTICE</u> that at 1:30 p.m. on October 25, 2021 before the Honorable James V. Selna, United States District Judge, in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516, Plaintiff Christone Feltzs ("Plaintiff") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 56, on behalf of himself and the Class, for an Order: granting partial summary adjudication on Defendants' Eleventh Affirmative Defense alleging "Lawful Rounding", partial summary judgment as to liability in favor of the Class Members for Plaintiff's First Cause of Action for Unpaid Wages Due to Illegal Rounding, summary judgment in favor of the Class Members on Plaintiff's Fourth Cause of Action for Failure to Provide Accurate Wage Statements, and partial summary judgment in favor of Plaintiff on his Sixth Cause of Action for Violation of the Private Attorneys General Act ("PAGA"), California Labor Code Section 2698, *et seq*. for civil penalties arising from Defendants' violations of California Labor Code Sections 226(a)(2) and 226(a)(9).

Specifically, the issues raised in this Motion are as follows:

**<u>ISSUE NO. 1</u>**: Defendants' Eleventh Affirmative Defense fails as a matter of law as Defendants' time shaving/rounding practice systematically undercompensated the Class Members as a group. Defendants have an admitted practice of time shaving/rounding time punches to the nearest quarter-hour. Defendants' own records establish that Defendants's time shaving/rounding practice resulted in a net surplus of uncompensated hours and net economic loss for a supermajority (over 75%) of the Class Members in the aggregate and on a yearly basis.

**<u>ISSUE NO. 2</u>**: Liability is established as a matter of law in favor of the class members for Plaintiff's First Cause of Action for Unpaid Wages due to Illegal Rounding.  Defendants' own records establish that Defendants violated Labor Code §§510, 1194, 1194.2, and 1197 by using a time shaving/rounding method that resulted

in a net surplus of uncompensated hours and net economic loss for a supermajority (over 75%) of the Class Members in the aggregate and on a yearly basis.

**ISSUE NO. 3**: Partial summary judgment in favor of the class members for Plaintiff's Fourth Cause of Action for Defendants' failure to provide accurate wage statements is established as a matter of law. Defendants' violated Labor Code §§226(a)(2) and 226(a)(9) by issuing wage statements that omitted the actual hours worked and only listed the rounded hours paid.

**ISSUE NO. 4**: Partial summary judgment should be granted as a matter of law on Plaintiff's Sixth Cause of Action for PAGA Civil Penalties for Wage Statement Violations. Defendants' violations of Labor Code §§226(a)(2) and (a)(9) for failing to list the precise, actual total hours worked on the wage statements establishes liability for PAGA civil penalties under Labor Code §§226.3 and 2698, *et seq*.

Based on the issues and supporting undisputed facts, there is no genuine dispute as to any material fact with regards to Defendants' eleventh affirmative defense of lawful rounding, liability regarding Plaintiff's Unpaid Wages Due to Illegal Rounding claim, Plaintiff's Fourth Cause of Action for Failure to Provide Accurate Wage Statements claim, and liability for civil penalties under PAGA for violations of Labor Code §§226(a)(2) and 226(a)(9).

Thus, summary adjudication on Defendants' Eleventh Affirmative Defense of Lawful Rounding, partial summary judgment as to liability on Plaintiff's First Cause of Action for Unpaid Wages Due to Illegal Rounding, summary judgment on Plaintiff's Fourth Cause of Action for Failure to Provide Accurate Wage Statements, and partial summary judgment on Plaintiff's Sixth Cause of Action for Violation of the PAGA, California Labor Code Section 2698, *et seq*. for civil penalties arising from Defendants' violations of California Labor Code §§ 226(a)(2) and 226(a)(9) should be granted in favor of Plaintiff, the Class, and the Aggrieved Employees.

///

///

1  This Motion is based upon this Notice of Motion and Motion, the attached
2  Memorandum of Points and Authorities, the evidence produced in this case, the
3  accompanying Declaration of Jason Hatcher, the accompanying pleadings and papers
4  on file herein, and upon such other evidence and argument as may be presented to the
5  Court at the time of the hearing. This motion is made pursuant to Local Rule 7-3.

Dated: September 27, 2021

Respectfully Submitted,
**THE MYERS LAW GROUP, A.P.C.**

By: /s/Jason Hatcher
David P. Myers,
Jason Hatcher,
Cassandra A. Castro,
Attorneys for Plaintiff and the Class