David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Cassandra A. Castro (SBN 334238)
ccastro@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Christone Feltzs,
on behalf of himself and all others similarly situated.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTONE FELTZS, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>V.<br><br>COX COMMUNICATIONS CAL., LLC, a Delaware Limited Liability Company; COX COMMUNICATIONS, INC. a Delaware Corporation; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 8:19-cv-02002-JVS-JDE<br><br>CLASS ACTION<br><br>**PLAINTIFF'S MOTION INDEX RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         October 25, 2021<br>Time:         1:30 p.m.<br>Courtroom: 10C<br><br>Action Filed: July 26, 2019<br>Removed: October 21, 2019 |

Pursuant to the Honorable James V. Selna's Order for Jury Trial, Section I, Paragraph 3 - Motions Index, [Dkt. 12], Plaintiff Christone Feltzs ("Plaintiff") hereby submits this Motion Index of the moving papers regarding Plaintiff's Motion for Partial Summary Judgment:

| Name of Pleading | Docket Number |
|---|---|
| Plaintiff's Notice of Motion and Motion for Partial Summary Judgment | 71 |
| Memorandum of Points and Authorities | 71-1 |
| Statement of Uncontroverted Facts & Conclusions of Law | 71-2 |
| Declaration of Attorney Jason Hatcher | 71-3 |
| Plf. Exhibit A – Serrano Depo Excerpts | 71-4 |
| Plf. Exhibit B – Kavanagh Depo Excerpts | 71-5 |
| Plf. Exhibit C – Serrano Depo Exhibit 8 (COX26-35) | 71-6 |
| Plf. Exhibit D – Serrano Depo Exhibit 28 (COX 136) | 71-7 |
| Plf. Exhibit E – Serrano Depo Exhibit 32 (COX234-245) | 71-8 |
| Plf. Exhibit F – Kavanagh Depo Exhibit 3 | 71-9 |
| Plf. Exhibit G – Kavanagh Depo Exhibit 8 (COX26-35) | 71-10 |
| Plf. Exhibit H – Kavanagh Depo Exhibit 14 (COX207-210) | 71-11 |
| Plf. Exhibit I – Kavanagh Depo Exhibit 17 (COX829-840) | 71-12 |
| Plf. Exhibit J – Kavanagh Depo Exhibit 27 (COX13-14) | 71-13 |
| Plf. Exhibit K – Kavanagh Depo Exhibit 32 (COX234-245) | 71-14 |
| Plf. Exhibit L – Kavanagh Depo Exhibit 33 (COX262-265) | 71-15 |
| Plf. Exhibit M – Def. Cox Cal. Response to Plaintiff's Requests for Admission, Set One | 71-16 |
| Plf. Exhibit N – Def. Cox Cal. Response to Plaintiff's Request for Production of Documents, Set Three | 71-17 |
| Plf. Exhibit O – Def. Cox Inc. Response to Plaintiff's Special | 71-18 |

| | |
|---|---|
| Interrogatories, Set Two | |
| Plf. Exhibit P – Def. Cox Inc. Response to Plaintiff's Requests for Admission, Set One | 71-19 |
| Plf. Exhibit Q – Def. Cox Inc. Response to Plaintiff's Request for Production of Documents, Set Three | 71-20 |
| Plf. Exhibit R – Plaintiff Depo Exhibit 12 GPS Records | 71-21 |
| Proposed Order | 71-22 |

Dated: September 29, 2021  Respectfully Submitted,
**THE MYERS LAW GROUP, A.P.C.**


By: /s/Jason Hatcher
David P. Myers,
Jason Hatcher,
Cassandra A. Castro,
Attorneys for Plaintiff Christone Feltzs, on behalf of himself and all others similarly situated