David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Cassandra A. Castro (SBN 334238)
ccastro@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Christone Feltzs,
the Class, and Aggrieved Employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTONE FELTZS, on behalf of himself and all others similarly situated<br><br>PLAINTIFF,<br><br>V.<br><br>COX COMMUNICATIONS CAL., LLC, a Delaware Limited Liability Company; COX COMMUNICATIONS, INC. a Delaware Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No.: 8:19-cv-02002-JVS-JDE<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:      January 24, 2022<br>Time:      1:30 P.M.<br>Courtroom: 10C<br><br>Action Filed: July 26, 2019<br>Removed: October 21, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 24, 2022 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California located at 411 West 4th Street, Room 1053, Santa Ana, California 92701-4516, Plaintiff Christone Feltzs ("Plaintiff" or "Class Representative") will and hereby does move for an order granting preliminary approval for the class action settlement, for an order appointing Christone Feltzs as the Class Representative fo the proposed Settlement Class, and for an order confirming the appointment of The Myers Law Group, A.P.C. as Class Counsel for the Settlement Class. Good cause exists for the granting of this Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Jason Hatcher and Christone Feltzs, the Memorandum of Points and Authorities filed concurrently, and on such oral and documentary evidence as may be presented before or at the hearing of the Motion. This motion is made pursuant to Local Rule 7-3.

DATED: December 16, 2021          Respectfully submitted,
                                  **THE MYERS LAW GROUP, A.P.C.**

                                  By: _____
                                      David P. Myers,
                                      Jason Hatcher,
                                      Cassandra A. Castro
                                      Attorneys for Plaintiff, the Class, and
                                      Aggrieved Employees

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT