|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 25 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTONE FELTZS, on behalf of himself and others similarly situated,

        Plaintiff-Appellee,

 v.

COX COMMUNICATIONS CAL., LLC, a Delaware Limited Liability Company; et al.,

        Defendants-Appellees,

 v.

DON GIL, Proposed Intervenor,

        Movant-Appellant.

No.   22-55160

D.C. No.
8:19-cv-02002-JVS-JDE
Central District of California, Santa Ana

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 14) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

Mediation