David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
Cassandra A. Castro (SBN 334238)
ccastro@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Christone Feltzs,
the Class, and Aggrieved Employees

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTONE FELTZS, on behalf of himself and all others similarly situated<br><br>PLAINTIFF,<br><br>V.<br><br>COX COMMUNICATIONS CAL., LLC, a Delaware Limited Liability Company; COX COMMUNICATIONS, INC. a Delaware Corporation; and DOES 1 through 100, inclusive<br><br>DEFENDANTS. | Case No.: 8:19-cv-02002-JVS-JDE<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:        July 18, 2022<br>Time:        1:30 P.M.<br>Courtroom: 10C<br><br>Action Filed: July 26, 2019<br>Removed: October 21, 2019 |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION AND PAGA SETTLEMENT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on July 18, 2022 at 1:30 p.m. in Courtroom 10C

3  of the United States District Court for the Central District of California located at 411

4  West 4th Street, Room 1053, Santa Ana, California 92701-4516, Plaintiff Christone

5  Feltzs ("Plaintiff" or "Class Representative") will and hereby does move for an order

6  granting final approval for the class action settlement, for an order confirming class

7  certification of the Settlement Class, the appointment of Christone Feltzs as the Class

8  Representative of the proposed Settlement Class, and for an order confirming the

9  appointment of The Myers Law Group, A.P.C. as Class Counsel for the Settlement

10  Class. Good cause exists for the granting of this Motion in that the proposed settlement

11  is fair, reasonable, and adequate.

12        The Motion will be based on this Notice of Motion and Motion; Memorandum

13  of Points and Authorities; the Declarations of Christone Feltzs, Nathalie Hernandez

14  (agent of third party administrator), and attorney Jason Hatcher; and on such oral and

15  documentary evidence as may be presented before or at the hearing of the Motion.

16        This motion is made pursuant to Local Rule 7-3.

17

18  DATED:  June 17, 2022                    Respectfully submitted,
                                            **THE MYERS LAW GROUP, A.P.C.**
19

20

21                              By:    /s/Jason Hatcher
                                       David P. Myers,
22                                     Jason Hatcher,
                                       Cassandra A. Castro
23                                     Attorneys for Plaintiff, the Class, and
                                       Aggrieved Employees
24

25

26

27

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION AND PAGA SETTLEMENT